IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Wisniewski, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 912 C.D. 2021 |
| | : | |
| James F. Frommer, Jr., D.O.; | : | |
| Andrew J. Dancha, D.O.; | : | |
| Correct Care Solutions, LLC; | : | |
| Deborah Cutshall; William Dreibelbis, | : | |
| R.N.; Paul A. Noel, M.D.; Eugene H. | : | |
| Ginchereau, M.D.; Kathy Montag; | : | |
| Jodie White; Andrea Norris, R.N.; | : | |
| Joseph J. Silva, R.N.; Christopher | : | |
| Oppman; Pennsylvania Department of | : | |
| Corrections | : | |

**PER CURIAM**                    **O R D E R**

NOW, April 11, 2023, having considered Appellant's application for reargument, the application is DENIED.